■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL COMFORT, Appellant.—Judgment unanimously reversed, on the law and facts and a new trial granted. Same memorandum as in *People v Paulino* (60 AD2d 769). (Appeal from judgment of Monroe County Court—robbery, first degree, etc.) Present—Marsh, P. J., Moule, Dillon and Witmer, JJ.